NOTE:   This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-1479

RICOH CORPORATION
and RICOH COMPANY, LTD.,

Plaintiffs-Appellants,

v.

PITNEY BOWES, INC.,

Defendant-Appellee.

Lawrence B. Friedman, Cleary Gottlieb Steen & Hamilton LLP, of New York, New York, argued for plaintiffs-appellants.  With him on the brief were David H. Herrington, Roger A. Cooper, and Kathleya Chotiros.

Jan M. Conlin, Robins, Kaplan, Miller & Ciresi L.L.P., of Minneapolis, Minnesota, argued for defendant-appellee.  With him on the brief were Munir R. Meghjee, and Katie Crosby Lehmann.  Of counsel were Kimberly G. Miller and Stacie E. Oberts.

Appealed from:   United States District Court for the District of New Jersey

Chief Judge Garrett E. Brown, Jr.

NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-1479

RICOH CORPORATION
and RICOH COMPANY, LTD,

Plaintiffs-Appellants,

v.

PITNEY BOWES, INC,

Defendant-Appellee.

# Judgment

ON APPEAL from the        United States District Court for the District of New Jersey

In CASE NO(S).        02-CV-5639

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (RADER, DYK, <u>Circuit Judges</u>, and WALKER, <u>Chief District Judge</u>[*]).

**<u>AFFIRMED</u>.**  <u>See</u> Fed. Cir. R. 36.

*ENTERED BY ORDER OF THE COURT*

DATE:  September 8, 2008          /s/ Jan Horbaly
                                 Jan Horbaly, Clerk

*   Honorable Vaughn R. Walker, Chief District Judge, United States District Court for the Northern District of California, sitting by designation.